IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Neely, Earlene Delores | Case Number: 07 B 16234 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/29/08 | Filed: 9/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 17, 2008
Confirmed: November 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,200.00 | |
| Secured: | | 1,135.19 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 64.81 |
| Other Funds: | | 0.00 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,424.00 | 0.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 10,053.41 | 1,135.19 |
| 4. | JP Morgan Chase Bank | Secured | 6,273.13 | 0.00 |
| 5. | GMAC Auto Financing | Unsecured | 194.44 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 49.08 | 0.00 |
| 7. | Citibank | Unsecured | | No Claim Filed |
| 8. | Dollie I Warren-Reed | Unsecured | | No Claim Filed |
| 9. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 10. | Target | Unsecured | | No Claim Filed |
| 11. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 19,994.06 | $ 1,135.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 64.81 |
| | $ 64.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Neely, Earlene Delores | Case Number:  07 B 16234 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  7/29/08 | Filed:  9/6/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

